IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Austin, Yolanda M | Case Number: 07 B 21284 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 1/29/08 | Filed: 11/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | US Bank | Secured | 0.00 | 0.00 |
| 2. | US Bank | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,561.00 | 0.00 |
| 4. | US Bank | Secured | 600.00 | 0.00 |
| 5. | US Bank | Secured | 2,767.45 | 0.00 |
| 6. | Internal Revenue Service | Priority | 3,000.00 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 67.02 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 220.06 | 0.00 |
| 9. | ER Solutions | Unsecured | 19.78 | 0.00 |
| 10. | Capital One | Unsecured | 92.37 | 0.00 |
| 11. | Silverleaf Resorts Inc | Secured | | No Claim Filed |
| 12. | Collect America | Unsecured | | No Claim Filed |
| 13. | Allied Interstate | Unsecured | | No Claim Filed |
| 14. | Asset Acceptance | Unsecured | | No Claim Filed |
| 15. | ACL Laboratories | Unsecured | | No Claim Filed |
| 16. | Best Buy | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Anderson Crenshaw Asso | Unsecured | | No Claim Filed |
| 19. | Chase Manhattan | Unsecured | | No Claim Filed |
| 20. | Chase | Unsecured | | No Claim Filed |
| 21. | Hsbc/Bstby | Unsecured | | No Claim Filed |
| 22. | Credit Protection Association | Unsecured | | No Claim Filed |
| 23. | ER Solutions | Unsecured | | No Claim Filed |
| 24. | Retail Services | Unsecured | | No Claim Filed |
| 25. | New Millenium Communication | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Austin, Yolanda M

Printed: 1/29/08

Case Number: 07 B 21284
Judge: Goldgar, A. Benjamin
Filed: 11/13/07

| | | | |
|---|---|---|---|
| 26. | Comcast | Unsecured | No Claim Filed |
| 27. | NCO Financial Systems | Unsecured | No Claim Filed |
| 28. | PFG Of Minnesota | Unsecured | No Claim Filed |
| 29. | Nicor Gas | Unsecured | No Claim Filed |
| 30. | New Millenium Communication | Unsecured | No Claim Filed |
| 31. | Radio Shack | Unsecured | No Claim Filed |
| 32. | Shahida Tanveer MD | Unsecured | No Claim Filed |
| 33. | Valentine & Kebartas Inc | Unsecured | No Claim Filed |
| 34. | Retrieval Masters | Unsecured | No Claim Filed |
| 35. | RPM Inc | Unsecured | No Claim Filed |
| 36. | RPM Inc | Unsecured | No Claim Filed |
| 37. | Medical Recovery Specialists | Unsecured | No Claim Filed |
| 38. | Cook County Treasurer | Unsecured | No Claim Filed |

$ 8,327.68        $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____